| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jose R Meza Aguirre, Jr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**Intercambio Express**
**426 N. Main St.**
**Elkhart, IN 46516**

What is the nature of the claim?    **Claim for Breach of Contract**    **$545,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

_____
Contact

_____
Contact phone

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    _____
    Value of security:    -_____
    Unsecured claim    _____

**2**

**PHH Mortgage**
**PO Box 66002**
**Lawrenceville, NJ 08648**

What is the nature of the claim?    **Personal Guaranty**    **$375,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

_____
Contact

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    _____

Debtor 1  **Jose R Meza Aguirre, Jr.**  Case number *(if known)*

Contact phone

Value of security: -
Unsecured claim

---

**3**

**Everest Business Funding**
**2001 NW 107th Ave**
**3rd Floor**
**Miami, FL 33172-2513**

Contact

Contact phone

**What is the nature of the claim?**   **Personal Guaranty**   **$127,800.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

---

**4**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Contact

Contact phone

**What is the nature of the claim?**   **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

---

**5**

**GM Financial**
**P.O. Box 78143**
**Phoenix, AZ 85062-8143**

Contact

Contact phone

**What is the nature of the claim?**   **Guarnaty of Business Debt**   **$84,472.55**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

---

**6**

**Pearl Capital**
**525 Washington Blvd.,**
**22nd Floor**
**Jersey City, NJ 07310**

**What is the nature of the claim?**   **Personal Guaranty**   **$74,800.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated

---

Debtor 1  **Jose R Meza Aguirre, Jr.**  Case number *(if known)*

☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                    -
   Unsecured claim

---

**7**

**Square**
**1955 Broadway**
**STE 600**
**Oakland, CA 94612**

What is the nature of the claim?   **Personal Guaranty**   **$30,633.38**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                    -
   Unsecured claim

Contact
Contact phone

---

**8**

**Chase**
**P.O. Box 6294**
**Carol Stream, IL 60197-6294**

What is the nature of the claim?   **Credit Card**   **$10,745.48**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                    -
   Unsecured claim

Contact
Contact phone

---

**9**

**Capital One**
**P.O. Box 60519**
**City of Industry, CA 91716-0519**

What is the nature of the claim?   **Business Credit Card**   **$10,269.01**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                    -
   Unsecured claim

Contact
Contact phone

---

Debtor 1  **Jose R Meza Aguirre, Jr.**                                  Case number *(if known)*

| 10 | **Wyndham Vacation Resorts**<br>**PO Box 98940**<br>**Las Vegas, NV 89193**<br><br>Contact<br><br>Contact phone | **What is the nature of the claim?**   **Wyndham Resort Vacation Club Interest**   Unknown<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☐ No<br>■ Yes. Total claim (secured and unsecured)     $33,627.12<br>       Value of security:                       - Unknown<br>       Unsecured claim                            Unknown |

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Jose R Meza Aguirre, Jr.**                         X   _____
    **Jose R Meza Aguirre, Jr.**                                 Signature of Debtor 2
    Signature of Debtor 1

Date   **January  6, 2025**                                 Date